PS 8
Rev. 10/2005

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Michael Austin                                       Docket No. 2:17CR203-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Kimberly A. Kaleta, U.S. Pretrial Services Officer, presenting an official report upon the conduct of Michael Austin, who was placed under pretrial release supervision by the Honorable Juan R. Sánchez sitting in the Court at Philadelphia, on May 18, 2017, under the following conditions:

1. Report to Pretrial Services as directed.
2. Defendant shall submit to mental health counseling as directed under the guidance and supervision of Pretrial Services.
3. Defendant shall submit to location monitoring via GPS technology. Home Detention. Defendant is restricted to his residence at all times except for employment; education; religious services; medical; substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligation; or other activities approved in advance by the pretrial services officer or supervising officer.
4. Maintain residence at 142 Covington Road, Philadelphia, PA.
5. The Court, based upon evidence that the Defendant has adequate financial resources, finds that he shall pay all or part of the cost of court-ordered monitored programing, in an amount to be specified by Pretrial Services.
6. Defendant shall surrender and/or refrain from obtaining a passport.
7. Travel is restricted to the Eastern District of Pennsylvania.
8. Defendant shall surrender and/or refrain from obtaining any firearms.
9. Defendant shall have no contact with co-defendants, potential witnesses, or victims in this case, or individuals engaged in any criminal activity.
10. The defendant is not to view or possess child pornography or erotica.
11. Defendant will not have no contact with minors under the age of 18, except for his own children, unless the contact is under the supervision of a responsible adult approved by the U.S. Pretrial Services.
12. Defendant is permitted to drop off and pick up his son at school.
13. Defendant is permitted to go bowling with his son from 1:00-4:00 pm on Saturdays.
14. Defendant is permitted to go on prepaid vacation beginning on June 24, 2017.
15. The defendant is subject to the following computer/internet restrictions which are to be monitored by U.S. Pretrial Services and may include manual inspection, use of minimally invasive internet detection devices, and/or installation of computer monitoring software to insure compliance with the imposed restrictions.

16. No computer. The defendant is prohibited from possession and/or use of any computers and connected devices at any location unless approved by Pretrial Services. The defendant shall submit to an initial inspection by the U.S. Pretrial Services Office and to any examinations during supervision of the defendant's computer and any devices, programs or application. The defendant shall allow the installation of any hardware or software systems which monitor or filter computer use. The defendant shall abide by all standard conditions of computer monitoring and filtering that are approved by the Court. The defendant is to pay the cost of the computer monitoring not to exceed the monthly contractual rate, in accordance with the pretrial officers discretion.

17. Other restrictions: The defendant is prohibited from possessing a cellular telephone with Internet capability.

Respectfully presenting petition for action of Court and for cause as follows:

The Veteran's Administration has recommended the defendant engage in a program for mental health-related issues that is only available in Camden, New Jersey. The defendant's travel is restricted to the Eastern District of Pennsylvania.

AUSA Roberta Benjamin has no objection to a modification of the travel condition for treatment purposes.

PRAYING THAT THE COURT WILL ORDER will modify the defendant's travel to include the District of New Jersey for treatment purposes.

ORDER OF COURT

Considered and ordered this ___25th__ day of __July__, 20_17_ and ordered filed and made a part of the records in the above case.

_____
The Honorable Juan R. Sanchez
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

_____
Kimberly A. Kaleta
Supervising U.S. Pretrial Services Officer

Place: Philadelphia

Date: July 21, 2017